ROBERT J. NEILLEY, T/A GRIFFITH CHEMICAL COM-
PANY, PLAINTIFF-APPELLANT, v. JOSEPH P. WIN-
BERRY, DEFENDANT-RESPONDENT, AND KIEVITT
BEVERAGE CO., INC., AND NICHOLAS MANDAK, ESQ.,
RECEIVER OF KIEVITT BEVERAGE CO., INC., DE-
FENDANTS-RESPONDENTS.

Argued November 7, 1962—Decided December 17, 1962.

38

*Mr. Charles Rodgers* argued the cause for the appellant (*Messrs. Breslin and Breslin,* attorneys; *Mr. John J. Breslin, Jr.,* of counsel).

*Mr. Robert H. Chester* argued the cause for the respondent (*Messrs. Sellinger and Chester,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Sullivan in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.